IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDY DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS STAFFING<br><br>    Defendant. | Case No. 1:18-cv-02172 |

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Defendant, Davis Staffing, Inc. (hereinafter "Davis" or "Defendant"), which was incorrectly identified as Davis Staffing in Plaintiff's Complaint of employment discrimination, by and through its attorney, Joseph H. Laverty of Wessels Sherman Joerg Liszka Laverty Seneczko P.C., and for the Defendant's Disclosure Statement Pursuant to FRCP 7.1, states to this court the following:

1. No parent corporation and/or publicly held corporation owns 10% or more of Davis.

Dated this 25th day of July, 2018

                                      **DAVIS STAFFING, INC.**

                                      By: /s/ Joseph H. Laverty
                                      Joseph H. Laverty
                                      Attorney ID: 6220651
                                      Wessels Sherman Joerg Liszka
                                      Laverty Seneczko P.C.
                                      101 West Second Street, Suite 307
                                      Davenport, IA 52801
                                      Telephone: 563-333-9102
                                      Fax: 563-333-9105
                                      Email: jolaverty@wesselssherman.com
                                      **ATTORNEY FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDY DAVIS, | ) |
| Plaintiff, | ) Case No. 1:18-cv-2172 |
| v. | ) |
| DAVIS STAFFING | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July, 2018, he served a true and correct copy of **DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 and this Certificate of Service** electronically with the Clerk of Court through the ECF System and via U.S. Mail, postage fully prepaid, both of which provide service upon the following individual:

Judy Davis
59 East Craig Drive
Chicago Heights, IL 60411

/s/ Joseph H. Laverty
Joseph H. Laverty